IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATRE RICHARD                                                                                               PLAINTIFF

v.                           Civil No. 4:14-CV-04122

JANNA TALLENT, Jail Administrator,
Howard County Detention Center (HCDC);
FORMER SHERIFF BUTCH MORRIS;
JAILER DEWANDA; and DR. PATEL                                                               DEFENDANTS

## ORDER

A show cause order (ECF No. 24) was entered on July 31, 2015.  On August 7, 2015, a change of address was entered on the Plaintiff's behalf (ECF No. 25).

Plaintiff is given an extension of time until **September 8, 2015,** to respond to the show cause order (ECF No. 24).  The Clerk is directed to mail the Plaintiff a copy of ECF No. 24.

On August 14, 2015, a notice (ECF No. 26) was filed indicating that Dr. Patel died on June 6, 2015.  Plaintiff is given until **September 8, 2015,** to advise the Court whether he intends to substitute another party, such as the decedent's representative, in place of Dr. Patel.  If no motion to substitute is filed by September 8, 2015, an order will be entered terminating Dr. Patel as a party.

IT IS SO ORDERED this 21st day of August 2015.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE