IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATRE RICHARD                                                                                    PLAINTIFF

v.                              Civil No. 4:14-cv-04122

JANNA TALLENT, Jail Administrator,
Howard County Detention Center (HCDC);
FORMER SHERIFF BUTCH MORRIS;
JAILER DEWANDA; and DR. PATEL                                                    DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights case filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2014), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

When Plaintiff filed this case he was incarcerated in the North Central Unit of the Arkansas Department of Correction (ADC). On March 18, 2015, Plaintiff notified the Court of a change of address (ECF No. 9) to the Miller County Correctional Facility.

On June 25, 2015, Defendants filed a notice of returned mail (ECF No. 23). They noted that the Plaintiff was no longer in the Miller County Correctional Facility as evidenced by mail returned to their counsel. They further indicated that the Plaintiff was not incarcerated in the ADC.

A show cause order (ECF No. 24) was entered on July 31, 2015. Court staff obtained the Plaintiff's home address he provided to officials at the Miller County Correctional Facility. On August 7, 2015, a change of address was entered on the Plaintiff's behalf (ECF No. 25).

In view of the change of address, an order was entered (ECF No. 27) giving Plaintiff an extension of time until September 8, 2015, to respond to the show cause order (ECF No. 24). The

Clerk was directed to mail the Plaintiff a copy of ECF No. 24.

On August 14, 2015, a notice (ECF No. 26) was filed indicating that Dr. Patel died on June 6, 2015. Plaintiff was given until September 8, 2015, to advise the Court whether he intended to substitute another party, such as the decedent's representative, in place of Dr. Patel. If no motion to substitute is filed by September 8, 2015, Plaintiff was advised that an order will be entered terminating Dr. Patel as a party.  ECF No. 27.

To date, no response to the show cause order (ECF No. 24) has been filed.  No response to the order regarding Dr. Patel (ECF No. 27) has been filed.  Plaintiff has not communicated with the Court in any way. No mail has been returned as undeliverable from the address currently listed on the docket sheet.

I therefore recommend that this case be **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute this action and failure to obey the orders of the Court.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 16th day of September, 2015.

        /s/ Barry A. Bryant
        HON. BARRY A. BRYANT
        UNITED STATES MAGISTRATE JUDGE