IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LATRE RICHARD                                                                                                    PLAINTIFF

v.                                                     Civil No. 4:14-CV-4122

JANNA TALLENT,
Jail Administrator, *et al.*                                                                                DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation filed September 16, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Judge Bryant recommends that Plaintiff's Complaint be dismissed on the grounds that Plaintiff has failed to prosecute this action and has failed to obey the Court's orders. *See* Fed. R. Civ. P. 41(b). No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of October, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge